## ORDER

PER CURIAM.

James O'Donnell (Appellant) appeals the trial court's grant of Bi State Roof Systems, Inc.'s (Respondent) Motion for Summary Judgment based on a release with Hycel Properties Company (Hycel) signed by Appellant, and its denial of Appellant's Motion for Reconsideration.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not against the weight of the evidence. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL and RICHARD B. TEITELMAN, JJ.

## *ORDER*

PER CURIAM.

Keith Bain (Defendant) appeals from his convictions for second degree burglary, section 569.170, RSMo 1994, possession of a controlled substance, section 195.202, RSMo 1994, and possession of drug paraphernalia, section 195.233, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the parties' exclusive use setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Keith BAIN, Appellant.**

**No. ED 77330.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 24, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 21, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**Robert Lee PROUD, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77356.**

Missouri Court of Appeals,
Eastern District.
Division One.

Oct. 24, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 21, 2000.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.